**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DON MICHAEL COX**                                                                        **PLAINTIFF**
**ADC #165013**

**v.**                                    **Case No. 3:22-cv-00275-KGB-JJV**

**DEXTER PAYNE,**
**Deputy Director, ADC;** *et al.*                                          **DEFENDANTS**

**ORDER**

The Court has reviewed the Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6).  Plaintiff Don Michael Cox has not filed any objections, and the time to do so has passed.  After careful consideration, the Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects (*Id.*).

Accordingly, Mr. Cox may proceed with his First Amendment free speech and Fourteenth Amendment equal protection claims against defendants Jackson, Moss, Rogers, Smith, Penix, Cowell, Reed, Straughn, Lee, Holzbierlein, and Hurst.  The Court dismisses without prejudice Mr. Cox's remaining claims for failure to state a claim upon which relief may be granted.  The Court dismisses without prejudice defendants Payne, Brown, Castillo, Morris, Sparks, Davis, Glass, Havorstick, Fry, Brownfield, and Pigford as parties to this lawsuit.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

It is so ordered this 17th day of January, 2023.

Kristine G. Baker
United States District Judge