# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

DON MICHAEL COX                                                                                            PLAINTIFF
ADC #165013

v.                                             3:22-cv-00275-KGB-JJV

DEXTER PAYNE,
Deputy Director, ADC; *et al.*                                                                    DEFENDANTS

## ORDER

Service on Defendant Barbara Penix through the Arkansas Division of Correction and her last known private mailing address has been unexecuted. (Docs. 10, 25.) Even though he is proceeding *in forma pauperis* and *pro se*, it is Plaintiff's responsibility to provide valid service information for Defendant Penix. *See Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993). I will give Plaintiff thirty (30) days to do so. If he does not and Defendant Penix is not otherwise served in the time allowed, I will recommend he be dismissed without prejudice as a party to this lawsuit. *See* Fed. R. Civ. P. 4(m) (any defendant who is not served within ninety (90) days after the complaint is filed may be dismissed without prejudice).

IT IS, THEREFORE, ORDERED that Plaintiff must file, **within thirty (30) days of the date of this Order**, a Motion for Service containing a valid service address for Defendant Penix.

Dated this 31st day of March 2023.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE