## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DON MICHAEL COX**  **PLAINTIFF**
**ADC #165013**

v.   Case No. 3:22-cv-00275-KGB

**DEXTER PAYNE,**
**Deputy Director, ADC;** *et al.*   **DEFENDANTS**

### ORDER

Before the Court are a first Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 45); a second Partial Recommended Disposition that addresses a motion for partial summary judgment on the issue of exhaustion filed by defendants William Straughn, Marshall Dale Reed, Thomas Hurst, Moses Jackson, John Moss, Aaron Rogers, Richard Lee, Cynthia Clements (Holzbierlein), Paula Cowell, and Kristy Smith (collectively, "ADC Defendants") (Dkt. Nos. 60; 66); and a Recommended Disposition that addresses ADC Defendants' motion for summary judgment and Mr. Cox's motion for summary judgment in favor of plaintiff (Dkt. Nos.70; 73; 78).  The Court will address these pending matters.

**I.    First Partial Recommended Disposition**

The Court has reviewed the first Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 45).  Plaintiff Don Michael Cox has not filed any objections, and the time to do so has passed.  After careful consideration, the Court adopts the Partial Recommended Disposition in its entirety as its findings in all respects (*Id.*).

Accordingly, the Court dismisses without prejudice defendant Barbara Penix from this lawsuit due to lack of service.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would be frivolous and not taken in good faith.

## II. Second Partial Recommended Disposition

On November 16, 2023, ADC Defendants filed a motion for partial summary judgment on the issue of exhaustion (Dkt. No. 60). ADC Defendants move for summary judgment on all but 15 publications for which they allege Mr. Cox exhausted his administrative remedies (*Id.*, ¶ 6). On December 12, 2023, Judge Volpe submitted a Partial Recommended Disposition recommending that the Court grant ADC Defendants' motion for partial summary judgment, with the modification that summary judgment be granted in favor of ADC Defendants on four additional publications for which administrative remedies were not exhausted at the time the complaint was filed (Dkt. No. 66, at 7).

The parties have not filed any objections to the second Partial Recommended Disposition, and the time to do so has passed. After careful consideration, the Court adopts the second Partial Recommended Disposition in its entirety as its findings in all respects (*Id.*). Accordingly, the Court grants ADC Defendants' partial motion for summary judgment (Dkt. No. 60), as modified by Judge Volpe in his second Partial Recommended Disposition. The Court dismisses without prejudice all of Mr. Cox's constitutional claims, other than those related to the publications numbered 1 through 11 in section III.C of Judge Volpe's second Partial Recommended Disposition (Dkt. No. 66).

## III. Recommended Disposition

On April 18, 2024, ADC Defendants filed their motion for summary judgment (Dkt. No. 70). On May 9, 2024, Mr. Cox filed his motion for summary judgment in favor of plaintiff (Dk. No. 73). Judge Volpe submitted a Recommended Disposition that recommends the Court grant ADC Defendants' motion for summary judgment and deny Mr. Cox's motion for summary judgment in favor of plaintiff (Dkt. No. 78, at 9).

The parties have not filed any objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommended Disposition in its entirety as its findings in all respects (*Id.*). Accordingly, the Court dismisses with prejudice plaintiff's free speech and equal protection claims against ADC Defendants. Mr. Cox's motion for summary judgment in favor of plaintiff is denied (Dkt. No. 73).

**IV.    Conclusion**

Based on the foregoing, it is therefore Ordered that:

1.    The Court adopts Judge Volpe's first Partial Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 45). The Court dismisses without prejudice defendant Barbara Penix from this lawsuit due to lack of service.

2.    The Court adopts Judge Volpe's second Partial Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 66). The Court grants ADC Defendants' partial motion for summary judgment (Dkt. No. 60), as modified. The Court dismisses without prejudice all of Mr. Cox's constitutional claims, other than those related to the publications numbered 1 through 11 in section III.C of Judge Volpe's second Partial Recommended Disposition (Dkt. No. 66).

3.    The Court adopts Judge Volpe's Recommended Disposition in its entirety as its findings in all respects (Dkt. No. 78). Accordingly, the Court dismisses with prejudice plaintiff's free speech and equal protection claims against ADC Defendants. Mr. Cox's motion for summary judgment in favor of plaintiff is denied (Dkt. No. 73).

4.    The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying judgment would be frivolous and not taken in good faith.

It is so ordered this 27th day of August, 2024.

                                                Kristine G. Baker
                                                Chief United States District Judge