**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DON MICHAEL COX**                                                                              **PLAINTIFF**
**ADC #165013**

**v.**                                    **Case No. 3:22-cv-00275-KGB**

**DEXTER PAYNE,**
**Deputy Director, ADC;** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this judgment would be frivolous and not taken in good faith.

So adjudged this 27th day of August, 2024.

_____
Kristine G. Baker
Chief United States District Judge